# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIMON TUSHA,
J▮▮ T▮▮▮

      Plaintiff,

v

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
    Defendants.

Civil No.

**AFFIDAVIT OF MERIT**

AFFIDAVIT OF MERIT

I, Jessica Harp, LPC, under penalty of perjury, hereby deposes and says:

1. That I am a licensed practitioner in the State of Ohio and Texas as a Licensed Professional Counselor

2. That I have worked in my field since 5/11/2017

3. That I have conducted many investigations in matters such as the instant one where I monitor licensed medical practitioners medical files to insure compliance with the law and American Medical Association protocols and standards, as well as State law.

4. That in my investigation of Pediatric Associates Dr. Ann Masciantonio, I found numerous unethical and unlawful actions taken by Dr. Masciantonio and her staff relevant to the patient, J▮▮ T▮▮▮, a minor child. As I noted in my report, these violations were and are in fact, the most egregious of any case I have ever been involved with and as such, present an ongoing danger to the physical, mental health and safety of J▮▮ T▮▮▮

5. That my report is based upon standard review of J▮▮ T▮▮▮'s medical file in contrast with the laws of the State of Delaware and the violations I found are described in great detail as shown in my report.

6. That I have reviewed the lawsuit to be filed in this Court on behalf of ▮▮ T▮▮ and agree that the lawsuit reflects clearly my findings as set forth in my report and the report of Elizabeth Brown-Conway and it my firm belief, based upon my knowledge and experience, that the lawsuit is meritorious as to the issues brought to the Court's attention and I will be available to testify at a trial should the case proceed to trial.

Jessica Harp, LPC
Ohio License C.1700258
Texas License 83127
4500 Steiner Ranch Blvd, 2407
Austin Texas 78732

SUBSCRIBED AND SWORN TO BEFORE ME on MARCH 31, 2021, at 11:57.

Notary Public in and for the State of Maryland

My Commission expires on Feb 12, 2024

SEAL

ROBYN MARIA WILLIAMS
Notary Public, State of Texas
Comm. Expires 02-12-2024
Notary ID 132356662

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIMON TUSHA,
J███ T█████
      Plaintiff,

v

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
      Defendants.

Civil No.

**AFFIDAVIT OF MERIT**

State of Maryland

County of Cecil

I, Elizabeth Brown-Conway, PA, being duly sworn, deposes and says:

1. That I am a licensed Physician's Assistant in the State of Maryland.

2. That I am familiar with and trained with respect to Standards and Practice Protocols in the field of Medical Practice.

3. That I have reviewed the lawsuit to be filed in the above referenced matter and based upon my experience ant training, it is my belief that the lawsuit is meritorious as it relates to the safety of J███ T█████ with respect to the prescribing of drugs by Jennifer Latham who is not licensed to practice medicine and the prescribing of drugs absent justifiable medical cause as set forth in the lawsuit.

4. I have also reviewed the report of Jessica Harp, LPC, regarding the treatment provided J▮▮ T▮▮ while in the care of Pediatric Associates. Noting that Jennifer Latham is an employee of Pediatric Associates and also the mother of J▮▮ T▮▮, I agree with the report in its entirety noting that there are false diagnosis upon which, unnecessary prescription drugs were given to J▮▮ T▮▮, including Oxycodone, Vyvanse and Zoloft for which there was no justifiable medical purpose as set forth at length in both, the lawsuit and Ms. Harp's report.

5. In my professional opinion as a licensed professional who practices medicine, it is my belief based upon my knowledge, education and training, that the findings as set forth in summary created by Jessica Harp, LPC, are factual and focused on the records she reviewed which formed her opinion to create the summary, and which thoroughly address the concerns to be considered by the Courts. I further state that the claims as set forth in the lawsuit appear to be based upon these same concerns addressing the safety of the minor child, J▮▮ T▮▮ including the following:

a) It is evident throughout the medical record that Jennifer Latham not only had access to J▮'s medical record, but was allowed by her employer to document in the medical record for purposes unrelated to the medical care of J▮▮ T▮▮ aside from false diagnosis, creating a narrative in the medical file noting her own allegations against the father, Simon Tusha. Further, it is obvious that Jennifer Latham utilized her access to the medical record to assert her own narratives in support of allegations against J▮'s father instead of proper medical diagnosis of the child by the attending physician.

6. As a mandated reporter, I have confirmed that Child Protective Services has been notified of these issues.

I hereby certify that I signed this Affidavit, _____
Elizabeth Browne-Conway, PA-C

SUBSCRIBED AND SWORN TO BEFORE ME on __3/30/21__, at
__71 Northeast Rd, Northeast MD 21901__

Notary Public in and for the State of Maryland

My Commission expires on __4/23/23__

ANDREA LAY
Notary Public
Baltimore County, Maryland
My Commission Expires 4/23/2023

SEAL

Elizabeth Browne-Conway, PA-C

211 Grist Mill Lane

North East, MD 21901

ebconway@gmail.com

(443) 350-2255

To whom it may concern,

I have reviewed both the medical chart and the summary created by Jessica Harp, LPC pertaining to the treatment of J████ T████ while under the care of Pediatric Associates. Jennifer Lathem is currently employed at this Pediatric Office. Among multiple fraudulent submission there is clear concern for the safety of J████ T████ As a mandated reporter I confirmed that Child Protective Services has been notified.

It is evident throughout the medical record that J████ T████'s mother, Jennifer Lathem, not only had access to her medical record but was allowed to document in the medical record. Jennifer Lathem documented false diagnosis, included unrelated statements and indicated making and receiving phone calls to and from herself. In multiple areas it appears that she also utilized her access to the medical record to assert her narrative to support accusations she made against J████ T████'s father, Simon Tusha.

It is my professional opinion that the findings in the summary created by Jessica Harp, LPC is factual and thoroughly addresses the concerns to be taken into consideration by the courts.

Sincerely,

*Elizabeth Browne Conway PA-C*

Elizabeth Browne-Conway, PA-C