# EXHIBIT 3

| CaseSearch | District Court of Maryland |

## Case Information

| | |
|---|---|
| Court System: | District Court For Cecil County - Criminal |
| Location: | Cecil |
| Case Number: | D-032-CR-20-002187 |
| Title: | State of Maryland vs. JENNIFER LATHEM |
| Case Type: | Criminal - SOC - Application |
| Filing Date: | 11/10/2020 |
| Case Status: | Open |
| Tracking Number(s): | 201001544575 |

## Defendant Information

### Defendant

Name: **LATHEM, JENNIFER**
Race: **White**  Sex: **Female**  Height: **5'5"**  Weight: **0**
HairColor: **Brown**  EyeColor: **Brown**
DOB: ▓▓▓▓/1976
Address: ▓▓▓▓▓▓▓▓▓▓▓▓
City: **ELKTON**  State: **MD**  Zip Code: **21921-0000**

### Attorney(s) for the Defendant

Name: **BRUCKER, HOWARD AARON**
Appearance Date: **02/16/2021**
Address Line 1: **PO BOX 436**
City: **ABINGTON**  State: **MD**  Zip Code: **21009**

## Involved Parties Information

### Plaintiff

Name: **State of Maryland**

### Attorney(s) for the Plaintiff

Name: **State's Attorney - Cecil County District Court**
Appearance Date: **11/12/2020**
Address Line 1: **State's Attorney - Cecil County District Court**
Address Line 2: **129 E. Main Street**
Address Line 3: **3rd Floor**
City: **Elkton**  State: **MD**  Zip Code: **21921**

### Complainant

Name: **TUSHA, SIMON**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Court Location | Court Room | Result |
|---|---|---|---|---|---|
| Hearing - Preliminary Inquiry | 12/21/2020 | 13:00:00 | Cecil Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Hearing - Preliminary Inquiry | 02/08/2021 | 13:00:00 | Cecil Calendar | Courtroom 2 | CancelledReason: Court |
| Hearing - Preliminary Inquiry | 04/05/2021 | 15:00:00 | Cecil Calendar | Courtroom 2 | CancelledReason: Court |
| Trial | 04/23/2021 | 10:00:00 | Cecil Calendar | Courtroom 1 | |

## Charge and Disposition Information

Charge No: **1**  CJIS Code: **1-1415**  Statute Code: **CR.3.203**
Charge Description: **ASSAULT-SEC DEGREE**  Charge Class: **Misdemeanor**
Probable Cause: **YES**
Offense Date From: **07/11/2020**  To: **07/11/2020**
Agency Name:         Officer ID:

## Document Information

File Date: **11/10/2020**
Filed By:
Document Name: **Document Issued**

File Date: **11/10/2020**
Filed By:
Document Name: **Summons Issued**

File Date: **11/24/2020**
Filed By:
Document Name: **Summons Served**

File Date: **02/16/2021**
Filed By:
Document Name: **Attorney Appearance Filed**

File Date: **02/16/2021**
Filed By:
Document Name: **Motion / Request / Demand for Discovery and Inspection**

File Date: **02/16/2021**
Filed By:
Document Name: **Demand / Request - Chemist / Breath Technician**

File Date: **02/16/2021**
Filed By:
Document Name: **Motion / Request - For Speedy Trial**

## Service Information

| Service Type | Issued Date | Service Status |
|---|---|---|

| Summons Issued | 11/10/2020 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*