# EXHIBIT 3(a)

IN THE FAMILY COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| SIMON TUSHA, ) | |
| ) | |
| Petitioner, ) | File No.: CN05-04718 |
| ) | |
| v. ) | Petition Nos.: 09-30253; 09-36853; |
| ) | 09-39605 |
| JENNIFER LATHEM, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This cause coming to be heard upon Petitioner's Petition to Modify Custody, Petition-Rule to Show Cause and Respondent's Petition-Rule to Show Cause and after a hearing on August 26, 2010 before the Honorable Aida Waserstein, and after a review of the two letters from counsel dated 9/17/10 and 9/20/10 respectively, IT IS HEREBY ORDERED this 24th day of September 2010, as follows;

1. The parties shall continue to have joint legal custody and Respondent, Jennifer Lathem (hereinafter "Mother") shall continue to have primary residency of the minor child, J— T—, born June 2, 2005. The parties stipulated to this custodial arrangement at the beginning of the August 26, 2010 hearing. Except as otherwise set forth herein, the order of priority for visitation is as follows; holidays, birthdays, summer visitation, school breaks, weekends, then weekdays.

2. For the 2010-2011 school year, J— shall attend Porter Elementary school for kindergarten which is the public school in Mother's feeder pattern. The parties shall apply to attempt to choice the child into the MOT Charter or Newark Charter schools for the 2011-2012 school year and subsequent school years thereafter. If the child cannot get into either of those schools, she shall continue to attend Porter Elementary school.

Father's visitation during the school year for the 2010-2011 school year shall remain the same as the prior stipulation, alternating every other weekend Friday, pick up from school until the following Monday, drop-off at school. In lieu of Father's previous every Thursday overnight visitation, in order to accommodate the child's dance classes, scheduled to occur on Thursday evenings, Father shall have visitation every Monday overnight, pick up from after school on Monday and drop off to school on Tuesday morning. In the event the child is off from school on a Friday of Father's weekend, then he shall be able to pick up the child at 10:00 a.m. on Friday at the High's across from Cecil County Community college. In the event there is no school following the conclusion of Father's weekend and/or Monday, then drop off shall be at 7:00 p.m. on Monday at High's.

3. During the 2011 – 2012 school year and every school year thereafter, subject to modification by agreement or subsequent court order, Father shall have visitation alternating every other weekend Friday, pick up from school until the following Monday, drop-off at school. Due to Father's distance from the child's school, Father will no longer have a weekly mid-week overnight visitation, except that he shall have the child every day that the child is off from school which is not a holiday already addressed in this Order. Father's visitation shall be pick up from school or from Mother at the High's across from Cecil Community College, the day before the child is off from school at 7:00 p.m. and drop off at the High's to Mother at 7:00 p.m. the day the child is off from school. By way of example only, if the child is off from school on a Monday, Father shall pick up the child on Sunday evening at 7:00 p.m. at the High's and return the child to Mother at the High's at 7:00 p.m. on Monday. Likewise, by example only, if the child

is off from school on a Wednesday, Father shall pick up the child on Tuesday afternoon from school and return the child to Mother at High's by 7:00 p.m. on Wednesday evening. The child's days off from school which shall apply to this provision shall include in-service days, and holidays not otherwise addressed as part of the parties' visitation set forth herein. To the extent the child's day(s) off from school are consecutive with either the start or end of Father's regularly scheduled visitation and/or weekends, there is no need to return the child to Mother by 7:00 p.m. at the end of the regular visitation period but may be continuous with his regular visitation weekend.

In addition, when Mother has the Thanksgiving holiday, Father shall have the child the Sunday before the holiday at 7:00 p.m. through the Tuesday before the holiday ending at 7:00 p.m. If it is Father's weekend prior to the holiday he shall keep the child continuously from Friday until Tuesday 7:00 p.m. When Father has the Thanksgiving holiday, Mother will have the child for the Monday and Tuesday immediately before the Thanksgiving holiday. ∧The parties' regularly scheduled alternating weekend schedule following the holiday shall resume the Friday immediately following the holiday.

[handwritten insertion: Mother may either deliver the child to Father's home on Monday at 10 am or agree to let Father pick up the child on Sunday at 7 P.M. She shall decide which option she chooses by the Thursday 2 weeks before Thanksgiving. (JH)]

Regarding Spring Break, Father shall then be entitled to have no more than six (6) overnights/seven (7) days with the child every Spring Break. If it is Father's regularly scheduled weekend immediately prior to the start of Spring Break, then his visitation shall start on Thursday from afterschool or 7:00 p.m. (if no school) before the Break, until Wednesday at 7:00 p.m. If the child has ballet classes the Thursday night of the start of the visitation, then Father's visitation shall start Friday at 10:00 a.m. If it is Mother's regularly scheduled weekend immediately prior to the start of the Break, she shall be permitted to have the child the Friday before the start of the Break, and then

SEP. 17. 2010  2:05PM    BERKOWITZ SCHAGRIN                                NO. 3687   P. 7

Father's visitation shall be Tuesday at 10:00 a.m. through his regularly scheduled weekend. The parent who has the Easter holiday as set forth herein, shall have priority over the provisions of this paragraph.

Regarding Winter Break, Father shall have two consecutive overnights with the child continuous with Father's Christmas Eve/Christmas morning or Christmas Day/December 26th visitation. The parties regularly scheduled alternating weekend schedule shall not change and/or be altered, absent agreement of the parties and has priority, therefore, if the regularly scheduled alternating weekend does not permit Father to have two consecutive overnights continuous with his holiday time, then he shall have two consecutive overnights during the Winter Break from 10:00 a.m. the first day until 7:00 p.m. following the second overnight to be worked out between the parties or through co-parenting counseling sessions.

4. During the summer, the parties shall share equally time in the summer, alternating week on/week off with the child. Father's first week shall commence on his first Friday of his first regularly scheduled weekend immediately following the last day of school, including if the last day of school is the Friday of Father's weekend. Exchanges shall occur on Fridays at 7:00 p.m. at the High's across from Cecil County Community College. Each parent shall be entitled to one, two-week consecutive period with the child. Neither parent shall have the child any longer then a 14-day time frame during the summer. In even-numbered years Mother shall have priority over which days she shall have for her two weeks and Father shall have priority in odd-numbered years. The parties shall notify the other parent between March 1st and April 1st of the two weeks in the summer they are choosing. Each parent shall provide the other parent with the

destination, times of departure and arrival, method of travel and telephone number where the child can be reached in case of an emergency when taking the child outside of the parent's community. The parent who has the child for the week shall be responsible for taking the child to her extra curricular activities, summer school, and providing summer care for their week. This shall not be interpreted to exclude from any child support calculation the cost of any otherwise eligible child care expense.

5.  Regarding holidays, the parties shall keep the same holiday visitation schedule as their prior Stipulation and Order as follows: Father shall have the child on the holidays in Column I in odd-numbered years and the holidays in Column II in the even-numbered years. Mother shall have the child on the holidays in Column I in the even-numbered years and the holidays in Column II in odd-numbered years.

| Column I | Column II |
|---|---|
| Thanksgiving | Easter |
| New Years Day | July 4th |
| Memorial Day | Halloween |
| Labor Day | Christmas Day |
| Christmas Eve | |

With the exception of Christmas and Halloween visitation, holiday visitation shall be from 9:00 a.m. until 6:00 p.m. the day of the holiday. Christmas Eve visitation shall begin at 6:00 p.m. on December 24th and end at 1:00 p.m. on December 25th. Christmas Day visitation shall begin at 1:00 p.m. on December 25th and end at 6:00 p.m. on December 26th. When the holiday falls on a Monday immediately following a visitation weekend, the visiting parent shall be entitled to keep the child continuously from 6:00 p.m. Friday until 6:00 p.m. Monday. Regarding Halloween, the visitation time shall be afterschool or 5:00 p.m. (if there is no school) until 8:15 p.m. and the parties shall ensure

that the child goes trick-or-treating, provided, however that in this instance, the parties' regular alternating weekend schedule shall have priority over the Halloween holiday; to wit, if the Halloween holiday falls on the other parent's regularly scheduled weekend time, the other parent gets to keep the child for Halloween, irrespective of the holiday schedule. Father shall have his annual Halloween party on his regular alternating weekend. Mother's Day the child shall always be with Mother from 9 a.m. to 6 p.m. and Father's Day the child shall always been with Father from 9 a.m. to 6 p.m.

6. Regarding each parent's birthday, the child shall spend time with the appropriate parent on his/her birthday from 10:00 a.m. – 7:00 p.m. if there is no school the day of the birthday but the child has school the next day. In the event there is no school the next day, the parent may keep the child overnight of their birthday until 10:00 a.m. the following day. If the child is in school the day of the birthday then the visitation commences from after school with the same drop off times as set forth above, depending on whether or not the child does or does not have the school the next day. Regarding the child's birthday, Mother has the child for the child's birthday in odd-numbered years from after school (or 5:00 p.m. if no school) – 8:00 p.m. and Father has the child for the child's birthday in even-numbered years from after school (or 5:00 p.m. if no school) – 8:00 p.m.

7. As required by the Court following the hearing on September 13, 2010, neither party shall consume alcohol in any quantity which exceeds the equivalent of one drink per hour in the four hours immediately prior to having the child or while with the child is in the parent's care or before operating a motor vehicle, regardless if the child is

present in the vehicle. One drink is defined as one beer, one glass of wine or one shot of liquor.

8. If Father is going to be out of town during any period of his scheduled visitation time with the child, he shall give Mother at least two weeks notice, or notice as soon as possible, with the details of how long he will be gone, and when he will arrive back, *if he has the child* but there is no requirement that Mother is automatically afforded the first right of refusal to care for J█ in Father's absence. *Mother shall have contact information for Father if he is out of town. Father may designate a third party as the contact if he does not have the child. (JAW) The intent is that Mother be able to reach Father in an emergency, either directly or indirectly.*

9. Regarding the parties' dispute over the alleged allergies of the child, both parents shall attend the allergist appointment with Dr. Endo scheduled for August 27, 2010. Mother shall provide the child's pediatrician records to Dr. Endo at that appointment. The parties shall begin to each keep a food journal to note any suspected allergic reactions to red dye or other products. To the extent a suspected reaction is noted, the parent observing the suspected reaction shall keep the food's container to provide to the child's physician(s). Following the appointment with Dr. Endo on August 27, 2010, the recommendation of Dr. Endo and Dr. Masciantonio are attached hereto and incorporated herein. The child shall wear a medical alert bracelet at all times based upon the possibility of an allergic reaction to amoxicillin, despite testing *a lack of an anaphylactic reaction upon (JAW)* ~~to the contrary~~, due to the severity of a possible reaction at an early age of the child. Both parents shall obtain and carry and provide to the child's school an Epi pen for a possible bee sting reaction. It shall be communicated to the school that the child has not been confirmed to have this allergy but that the Epi pen is a precaution given the child's family's history, on the maternal side, of severe reactions to bee stings.

10. Following the Court's rulings on the two pending Petitions-Rule to Show Cause, as make-up visitation, Mother shall be entitled to have the child on Father's regularly scheduled days of September 20, 2010 and September 27, 2010 overnight.

11. The parties have agreed to attend co-parenting counseling with Sharon Fisher located in People's Plaza a referred to the parties' by Paulette Lucas, LCSW. The parties shall attend their first appointment within 30 days from the date of this Order. Father's wife, Gretchen Tusha and Mother shall attend an appointment with Paulette Luca to facilitate their introduction on Wednesday, September 22, 2010 at 10:00am – 11:00am and on Wednesday, September 29, 2010 at 10:00am – 11:00am. Father and Mother's boyfriend shall attend two sessions with Ms. Paulette Lucas to facilitate their introduction on Saturday, September 25, 2010 at 2:00pm – 3:00pm and on Saturday, October 23, 2010 from 2:00pm – 3:00pm. The parties shall equally split the cost if not covered by their insurance. The parties shall communicate via email until further counseling.

12. Neither party shall interfere with telephone or mail contact between the child and the other parent. Except for days when there has been an exchange of the child, the parent whom the child is away from shall (JAW) ~~may~~ place a call to the other parent every evening so that the child may say good-night to the other parent. When the child is old enough, the child shall initiate the call. (JAW) Any adult well known to the child may be utilized by either parent to transport the child to/from any visitation period. Regardless of where the child is living, her continued participation in extracurricular activities, which are agreed upon by the parties, school related or otherwise, should not be interrupted. The parent with whom the child is visiting shall be responsible for providing transportation to activities scheduled during visitation with that

parent. Each parent shall provide the other parent with notice of all extracurricular activities, complete with the schedules, and the name, address and telephone number of the activity leader, if available.

13. The child's passport shall be kept in a joint safe deposit box that requires both parties to be present to access the box. The parties shall share equally in the cost of maintaining the safe deposit box. The parties will set up this safe deposit box within 30 days from the date of this Order.

14. Ms. Megan Walstrom, Esquire, Mother's attorney shall attempt to determine if Father's alternating weekend schedule will enable him to have the next 11 first days of school with the child. To the extent that does occur, Mother will be able to have the child for the first day of school in the years 2012, 2015 and 2020.

15. In the even there is future litigation by the parties, the parties are required, as part of their initial petition and/or pleading to provide the dates of the joint co-parenting counseling sessions for the last six months immediately prior to the filing of the petition. The petition or pleading shall include the dates each party in the six months prior to the filing, attending the joint co-parenting counseling sessions.

16. All other provisions of the parties' October 3, 2007 Stipulation and Order, (attached hereto as Exhibit A") not otherwise modified or superseded as set forth herein are incorporated to this Order and made a part hereto.

APPROVED AS TO FORM ONLY

_____          _____
Simon Tusha, Petitioner               Jennifer Lathem, Respondent

IT IS SO ORDERED:

_____
HONORABLE ADIA WASERSTEIN