Simon Tusha
1060 Hidden Moss Drive
Cockeysville, MD 21030

21-494

April 5, 2021

United States District Court
J. Caleb Boggs Federal Building
c/o Clerk of Court
844 North King Street, 4th Floor
Wilmington, DE 19801-3519

Re: Tusha v Pediatric Associates, P.A., et al.

SENT CERTIFIED MAIL, RECEIPT #

Dear Clerk,

Please find enclosed the Original Complaint, Exhibits and Certificates/Affidavits of Merit for the above Captioned matter. Also enclosed are the following Motions; (1) Motion for Preliminary Injunction & Protection from Abuse Order; (2) Proposed Order to Show Cause and Affidavits in Support of Order to Show Cause; (3) Memorandum in Support of Request to Appoint Guardian Ad Litem and (4) Rule 34 Request for Production of Documents. Kindly file them with the Court.

Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Simon Tusha, pro se