IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIMON TUSHA,
J███ T███,
        Plaintiff,

v

                                                    Civil No.

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
        Defendants.

**AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE**

State of Texas

County of Travis

        I, Jessica Harp, LPC, MA, being duly sworn, deposes and states:

        1. That I am qualified as set forth in my report to investigates matters such as those before the Court.

        2. That I will testify as an expert witness in this matter.

        3. That I have spoken with the Plaintiff, Simon Tusha, and explained that his daughter, J███ T███, will likely continue to suffer injury at the hands of the defendants unless they are restrained from engaging in the pattern of illegal activates from which J███ T███ has suffered and continues to suffer for more than ten years.

        4. That through my investigation, I have acquired personal knowledge of each and every fact set forth in the Complaint and supporting documents as well as each cause of action set

forth that has caused injury to Plaintiff and his daughter, J███ T███, and if called upon to testify in this matter, I could and would competently testify to each of the facts set out in my report attached to the Complaint and to the facts set out in this affidavit.

5. That it is my firm belief, that unless the defendants are enjoined from inter alia, prescribing controlled substances to J███ T███, or presenting J███ T███ to Pediatric Associates purportedly for health care services, that the injuries already inflicted upon J███ T███ will not only continue unabated, but exacerbated by further unprofessional and unlawful actions as set forth in my report and the Complaint.

I hereby certify that I signed this Affidavit,

Jessica Harp, LPC
Ohio License C.1700258
Texas License 83127
4500 Steiner Ranch Blvd, 2407
Austin Texas 78732

SUBSCRIBED AND SWORN TO BEFORE ME on March 31, 2021, at 11:57.

Notary Public in and for the State of Texas

My Commission expires on Feb 12, 2024

SEAL



ROBYN MARIA WILLIAMS
Notary Public, State of Texas
Comm. Expires 02-12-2024
Notary ID 132356662