IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIMON TUSHA,
J▓▓▓ T▓▓▓▓
    Plaintiff,

v                                  Civil No.

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
    Defendants.

## MOTION FOR PRELIMINARY INJUNCTION & PROTECTION FROM ABUSE ORDER

1. Plaintiffs, Simon Tusha and J▓▓▓ T▓▓▓▓, pro se, hereby apply to the Court for a Preliminary Injunction against the defendants, Pediatric Associates, Ann Masciantonio, M.D., and her employee, Jennifer Latham, to prevent further injury to the Plaintiffs for reasons set forth in the Complaint and supporting affidavits and other documents filed in this action.

2. The facts presented to the Court in the Complaint and supporting documents demonstrate that the named defendants and Jennifer Latham, have engaged in and continue to engage in a pattern of unlawful conduct as stated, over a period of more than 10 years, all of which has injured the Plaintiffs and continues to injure the Plaintiffs. Plaintiffs have no adequate remedy at law

other than the injunction sought from this Court which will prohibit the defendants and Jennifer Latham from offering to Jade Tasha or causing Jade Tasha to ingest controlled substances or narcotics not prescribed based upon a medical necessity.

3. There also exists the probability that Jade Tasha will continue to be physically and mentally abused by the defendants unless enjoined from doing so and this is evidenced by the pending criminal case against Jennifer Latham for beating Jade Tasha.

4. After review of the complete facts, the Court will see that there is:

   a) A continuing threat of emotional harm and/or physical injury;

   b) That there is a high probability of success on the merits of the case; and

   c) That the threat of harm to plaintiffs outweighs any threat of harm to the defendants and the public which is virtually non existent in light of this simple solution available to deal with this particular situation. This motion is predicated upon the Declarations of Jessica Harp, LPC, MA et al., as well as the Complaint and supporting documents filed with the Court all of which are incorporated by reference and adopted as though fully set forth herein.

Plaintiff seeks to Court to

(1) Order the defendant be enjoined from engaging in any of the above referenced conduct as well as that set forth in the Complaint by issuance of a Protection From Abuse Order; (2) to Order that J████ T████ be placed in the protective custody of her father, Plaintiff Simon Tusha until further order of the Court; and (3) Order any other relief deemed by the Court to be appropriate and just.

Respectfully submitted,

_____
Simon Tusha, pro se
1060 Hidden Moss Drive
Cockeysville, Maryland 21030


_____
J████ T████, pro se
1060 Hidden Moss Drive
Cockeysville, Maryland 21030