IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIMON TUSHA,
J~~ADE TUSHA~~
      Plaintiff,

v

                                Civil No.

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
      Defendants.

### MOTION FOR PRODUCTION OF DOCUMENTS

Simon Tusha and J██ T███, Plaintiffs, pro se, pursuant to Rule 34 Federal Rules of Civil Procedure seek the Court to ORDER Defendants Pediatric Associates, P.C., and Ann Masciantonio, MD., to turn over to Plaintiffs copies of all records pertaining to the medical treatment/care provided to J██ T███ to include the following:

1. All medical charts relevant to the treatment of J██ T███ to include any notes, records or related files whether written or electronically stored from June 2020 through the present time.

2. Any and ALL interoffice communications between ANY employees and/or principles of Pediatric Associates P.C., and Ann Masciantonio, M.D., that in any way reference or relate to J██ T███ or the medical or mental health of J██ T███, or that reference Plaintiff Simon Tusha from January 2010 through the present time;

3. Any and all correspondence between Jennifer Latham and any employee of Pediatric Associates P.C., that references or relates to Plaintiff Simon Tusha or requests from Simon Tusha to provide medical records relating to Jade Tusha or the medical or mental health treatment of Jade Tusha from January 2010 through the present time.

4. It is respectfully submitted that these records are relevant to and necessary for the Plaintiff to supplement their pleading filed with this motion to include all of the unlawful actions that resulted in injury to Plaintiffs.

Simon Tusha and Jade Tusha.

Respectfully submitted,

_____
Simon Tusha, pro se
1060 Hidden Moss Drive
Cockeysville, MD 21030

_____
Jade Tusha, pro se
1060 Hidden Moss Drive
Cockeysville, MD 21030