# UNITED STATES DISTRICT COURT
for the

District of Delaware ☑

FILED
APR 07 2021
COURT
AWARE

SIMON TUSHA, )
▬▬▬▬▬▬ )
Plaintiff, )
)
*Plaintiff(s)* )
v. ) Civil Action No. 21-494
PEDIATRIC ASSOCIATES, P.A., )
ANN M. MASCIANTONIO, M.D., )
Defendants. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
4735 Ogletown Stanton Road
Newark, DE 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Simon Tusha
▬▬▬▬▬▬
1060 Hidden Moss Drive
Cockeysville, MD 21030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 21-494

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ann M. Masciantonio, M.D.

was received by me on *(date)* April 5, 2021 .

☑ I personally served the summons on the individual *(place)* by serving Jessica Powell, Office Assistant, a person of suitable age and discretion on *(date)* April 5, 2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service address: 4735 Ogletown Stanton Road, Medical Arts Pavilion 2, Suite 1116, Newark, DE 19713, at Pediatric Associates, P.A.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2021

*Server's signature*

Selena Cabrera, Process Server
*Printed name and title*

The Legal Rush, LLC
2508 Turnstone Drive
Wilmington, DE 19805

*Server's address*

Additional information regarding attempted service, etc:

Served at 2:46 pm. I asked Jessica Powell if she was authorized to accept on behalf of Ann Masciantonio and she replied 'yes'.

Jessica Powell can be described as a Caucasian female, about 30, about 5'2", about 140 lbs., blonde hair, tattoos on the back of her neck.

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

---

U.S. POSTAGE PAID
PME 1-Day
BROOKLANDVILLE, MD
21022
APR 06, 21
AMOUNT
**$26.35**
R2304M111936-11

1007    19801

EJ 591 183 582 US

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( 443 ) 807-3595
Simon Tusha
1060 Hidden Moss Dr
Cockeysville MD 21030

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE ( 302 ) 573-6170
Office of Clerk
U.S. District Ct.
844 North King St #18
Wilmington DE
ZIP: 19801-3570

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day
PO ZIP Code: 21022
Scheduled Delivery Date: 4/7/21
Postage: $26.35
Date Accepted: 4/6/21
Scheduled Delivery Time: ☑ 3:00 PM
Time Accepted: 11:12 ☑ AM
Flat Rate
Acceptance Employee Initials: VM
Total Postage & Fees: 26.35

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

FILED APR 07 2021 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**UNITED STATES POSTAL SERVICE**