# UNITED STATES DISTRICT COURT
для the
District of Delaware ▼

| | |
|---|---|
| Simon Tusha<br>J T<br><br>*Plaintiff(s)*<br><br>v.<br><br>PEDIATRIC ASSOCIATES, P.A.,<br>ANN M. MASCIANTONIO, M.D.,<br>Service to Jennifer Lathem<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-00494-RGA |

FILED
APR 2 9 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> 4735 Ogletown-Stanton Road,
> Medical Arts Pavilion 2, Suite 1116,
> Newark, DE 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> 1060 Hidden Moss Drive
> Cockeysville Maryland

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

Date: 04/14/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00494-RGA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
APR 29 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

This summons for *(name of individual and title, if any)* Jennifer Lathem located at Pediatric Associates, P.A. was received by me on *(date)* April 16, 2021.

☑ I personally served the summons on the individual at *(place)* 4735 Ogletown Stanton Rd., Medical Arts Pav. 2, Ste. 1116, Newark, DE 19713 on *(date)* April 19, 2021; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* Jennifer Lathem can be be described as a Caucasian female, about 48, about 5'6", about 150 lbs., blonde hair, no glasses. She was served personally-in-hand at 10:23 am.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: April 19, 2021

*Server's signature*

Selena Cabrera, Process Server
*Printed name and title*

The Legal Rush, LLC
2508 Turnstone Drive
Wilmington, DE 19805

*Server's address*

Additional information regarding attempted service, etc:

Served a Motion for Appointment of Guardian Ad Litem to represent Interests of J. T., a Motion for Preliminary Injunction and Protection from Abuse Order and Affidavit in Support of Order to Show Cause along with a Summons In A Civil Action

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO S



UNITED STATES
POSTAL SERVICE®

PRIORITY®
MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



US POSTAGE & FEES PAID   062S0010887741
PRIORITY MAIL            9176561
ZONE 1 FLAT-RATE ENVELOPE  FROM 21030
ComPlsPrice

stamps
endicia
04/20/2021

PRIORITY MAIL 2-DAY™

Simon Tusha                          0006
1060 Hidden Moss Drive
Cockeysville MD 21030-5411

C012

SHIP TO:
Clerk of the court
US District Court
Unit 18
844 N King St
Wilmington DE 19801-3576



FILED
APR 29 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

USPS TRACKING #



9405 5116 9900 0205 7526 08

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.