# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEDIATRIC ASSOCIATES, P.A. and ANN M. MASCIANTONIO, M.D., <br><br> Defendants. | No. 1:21-cv-00494-RGA |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO OPENING BRIEF IN SUPPORT OF DEFENDANTS' <u>MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6),(7)</u>**

AND NOW, this  24th  day of  May , 2021, upon consideration of Defendants' Motion for Leave to File Under Seal Exhibit A to Opening Brief in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6),(7) (the "Motion"), and any response thereto, IT IS HEREBY ORDERED that the Motion is GRANTED.

/s/ Richard G. Andrews
J.