IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIMON TUSHA, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 21-494-RGA |
| PEDIATRIC ASSOCIATES, P.A., et al., | : | |
| Defendants. | : | |

## **ORDER**

WHEREAS, Plaintiff Simon Tusha has file a request for an extension of time to respond to Defendants' filings (D.I. 28);

NOW THEREFORE, IT IS HEREBY ORDERED that, the request for an extension of time (D.I. 28) is GRANTED. Plaintiff Simon Tusha shall file his Answering Brief to Defendants' Motion to Dismiss (D.I. 24) and his Reply Briefs in further support of his motions (D.I. 5; D.I. 6; D.I. 7) by **June 18, 2021**.

June 1, 2021 /s/ Richard G. Andrews
Date United States District Judge