# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA, et al., | |
| Plaintiffs, | |
| v. | No. 1:21-cv-00494-RGA |
| PEDIATRIC ASSOCIATES, P.A. et al., | |
| Defendants. | |

# REDACTED VERSION OF SEALED
# EXHIBIT A TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6),(7)

# EXHIBIT A

**Encounter # 160**

-

**Encounter # 161**

-

**Encounter # 26**