Simon Tusha
1060 Hidden Moss Drive
Cockeysville, MD 21030

June 14, 2021

United States District Court
J. Caleb Boggs Federal Building
c/o Clerk of Court
844 North King Street, 4th Floor
Wilmington, DE 19801-3519



Re: Tusha v Pediatric Associates, P.A., et al.

SENT USPS OVERNIGHT MAIL

Dear Clerk,

Re: Tusha et al., v Pediatric Associates et al., Civil No. 1:21-cv-00494-RGA

Dear Clerk,

Please find enclosed Plaintiffs Reply to Defendant's Response in the above referenced matter. Kindly file it with the Court. Thank you for your assistance in this matter.
Thank you for your assistance in this matter.

Sincerely,

_____
Simon Tusha, pro se