IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



SIMON TUSHA,
J.T.
    Plaintiff,

v                          Civil No. 1:21-cv-00494-RGA

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
    Defendants.

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO REQUEST FOR APPOINTMENT OF GUARDIAN AD LITEM TO REPRESENT J.T.**

Simon Tusha, Plaintiff, pro se, hereby replies to the Defendant's Opposition to his request for the Court to appoint a guardian ad litem to represent his minor child, J.T.. For the following reasons, it is respectfully submitted that Defendant's requests be denied.

1. Plaintiff Tusha has brought an action not only on behalf of his child, but on his own behalf and therefore has a right to represent himself pro se.

2. After a thorough review of the relevant law and case law cited by the Defendants regarding a parent being unable to represent his/her child in federal

court, Plaintiff concedes this issue but disagrees that the Court cannot appoint a guardian litem; "Rule 17(c) flows from the general duty of the court to protect the interests of" minors and those who are incompetent "in cases before the court." Garrick v Weaver, 888 F.2d 687, 693 (10th Cir. 1989) (citing Dacanay v Mendoza, 573 F.2d 1075, 1079 (9th Cir. 1978)). A minor whose parent is unrepresented may be represented by a guardian ad litem. Fed. R. Civ. P. 17(c)(2). "The Court must appoint a guardian ad litem...to protect {2018 U.S. App. LEXIS 9} a minor...who is unrepresented in an action." id. The responsibility for determining whether a situation warrants appointment of a guardian ad litem "appears generally {736 Fed. Appx. 313} to be left to the discretion of the district courts." Powell {736 Fed. Appx. 314} v Simmons 680 F.3d 301, 303 (3rd Cir. 2012).

      3. Contrary to defense counsel's assertions, Plaintiff does not seek to proceed in forma pauperis in this matter and has not retained counsel because he is fully capable of representing himself. Plaintiff seeks the Court to invoke its discretionary power to appoint a guardian ad litem to represent J.T.'s interests in this litigation not for financial reasons, but because that is what the law states is proper. Should the Court decline to appoint a guardian ad litem, it is hereby requested that Plaintiff be granted time in which to locate and retain counsel to represent J.T.'s interests.

Respectfully submitted,

_____

Simon Tusha, Plaintiff, pro se

1060 Hidden Moss Drive

Cockeysville, Maryland 21030

# CERTIFICATE OF SERVICE

I, Simon Tusha, hereby certify that I have placed a true and correct copy of this document in the U.S. Mail, postage pre-paid, to be served upon the following parties listed below:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Colleen D. Shields, Esq. (No. 3138)
Alexandra D. Rogin, Esq. (No. 6197)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: (302) 574-7400
Fax: (302) 574-7401
Counsel for Defendants

MORRIS JAMES LLP
Joshua H. Meyeroff (#5040)
Phillip M. Casale (#5727)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6901
Attorneys for Defendant
Ann M. Masciantonio, M.D

_____
Simon Tusha Pro Se

PRESS FIRMLY TO SEAL   PRES 1007  

34135
JUN 16, 21
AMOUNT
**$26.35**
R2305H126863-14

PRIORITY
MAIL
EXPRESS®

FILED
JUN 18 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FLAT RATE
ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


copied
6/18


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



PRIORITY
MAIL
EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 443 ) 807-3595

Simon Tusha
1060 Hidden Moss Dr
Cockeysville MD ~~19801~~
21030

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE ( 302 ) 573-6170

Clerk of the Court
844 North King St
Wilmington DE

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 - 3 5 1 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

▶ PEEL FROM THIS CORNER

EJ 391 102 827 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 34135
Scheduled Delivery Date: 6/17/21
Postage: $26.35
Date Accepted: 6/16/21
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $
Time Accepted: 1:15 ☐ AM ☒ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Weight: lbs. ozs. ☐ Flat Rate
Acceptance Employee Initials: HN
Total Postage & Fees: $26.35

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MARCH 2019  PSN 7690-02-000-9996

  
UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.