IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



SIMON TUSHA,
J.T.
    Plaintiff,

v                                         Civil No. 1:21-cv-00494-RGA

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
    Defendants.

## MOTION TO WITHDRAW MOTIONS FOR PRELIMINARY
## INJUNCTION AND PROTECTION FROM ABUSE

Simon Tusha, Plaintiff, hereby requests the Court to withdraw his motions for Preliminary Injunction and Temporary Change of Custody in the above referenced matter for the following reasons.

1. Upon the defendants retaining counsel in this matter, Defendants Pediatric Associates and Ann Masciantonio have voluntarily terminated providing medical services to J.T., who is the subject of the motions. (See Exhibit-1, Letter from Pediatric Associates)

2. Due to the Defendants' voluntary compliance with Plaintiff's demand, it is no longer necessary for the Court to issue any Order relating to further health

care being provided to J.T., by the Defendants; and, there no longer exists the threat of either Defendant causing further injury to J.T., by providing such healthcare services, thus the Court need not take further action as to this issue.

3. On June 2, 2021, J.T. turned 16 years of age. As such, she is able to file her own Petition in the State Court seeking the Court to change the custody agreement so that J.T. can reside with her father as she wishes. For this reason, there is no need for this Court to enter any order of temporary custody. In fact, J.T., has already filed her Petition in the Maryland state court seeking a change of custody to her father. Therefore, the issue is now moot as to this litigation.

For these reasons, Petitioner seeks the Court to Order that the Motions referenced be withdrawn for good cause having been shown and because Plaintiff no longer wishes to pursue those actions in this the Court for the reasons stated.

Respectfully submitted,

_____
Simon Tusha, pro se
1060 Hidden Moss Drive
Cockeysville, Maryland 21030

# CERTIFICATE OF SERVICE

I, Simon Tusha, hereby certify that I have placed a true and correct copy of this document in the U.S. Mail, postage pre-paid, to be served upon the following parties listed below:

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Colleen D. Shields, Esq. (No. 3138)
Alexandra D. Rogin, Esq. (No. 6197)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: (302) 574-7400
Fax: (302) 574-7401
Counsel for Defendants

MORRIS JAMES LLP
Joshua H. Meyeroff (#5040)
Phillip M. Casale (#5727)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6901
Attorneys for Defendant
Ann M. Masciantonio, M.D

_____
Simon Tusha Pro Se

  

PRESS FIRMLY TO SEAL

$26.35

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL EXPRESS** ®

EJ 391 102 827 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( 443 ) 807-3595

Simon Tusha
1060 Hidden Moss Dr
Cockeysville MD ~~19801~~
21030

**DELIVERY OPTIONS** (Customer Use Only)
☑ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT) PHONE ( 302 ) 573-6170

Clerk of the Court
844 North King St
Wilmington DE

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 - 3 5 1 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

► PEEL FROM THIS CORNER

EP13F May 2020
OD: 12 1/2 x 9 1/2

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day
PO ZIP Code: 34135
Scheduled Delivery Date: 6/17/21
Postage: $26.35
Date Accepted: 6/16/21
Time Accepted: 1:15 PM
Weight: Flat Rate
Acceptance Employee Initials: MA
Total Postage & Fees: $26.35

FILED JUN [?] 21 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Copied 6/18

 

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE** ®