IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIMON TUSHA,
J.T.
    Plaintiff,

v                                    Civil No. 1:21-cv-00494-RGA

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
    Defendants.

## MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Simon Tusha, Plaintiff, pro se, hereby requests permission from the Court to withdraw his Motion to Compel Production of Documents. Plaintiff has received certain documents to supplement his complaint by exhibits to his reply to the Defendant's response and the Motion is no longer necessary. For this reason and good cause shown, Plaintiffs asks that the Motion be withdrawn.

Respectfully submitted,

_____
Simon Tusha, Plaintiff, pro se
1060 Hidden Moss Drive
Cockeysville, Maryland 21030



FILED
JUN 21 2021
US DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Simon Tusha, hereby certify that I have placed a true and correct copy of this document in the U.S. Mail, postage pre-paid, to be served upon the following parties listed below:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Colleen D. Shields, Esq. (No. 3138)
Alexandra D. Rogin, Esq. (No. 6197)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: (302) 574-7400
Fax: (302) 574-7401
Counsel for Defendants

MORRIS JAMES LLP
Joshua H. Meyeroff (#5040)
Phillip M. Casale (#5727)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6901
Attorneys for Defendant
Ann M. Masciantonio, M.D

_____
Simon Tusha Pro Se






341 99
JUN 16, 21
AMOUNT
**$26.35**
R2305H126863-14

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS®

FILED JUN [..] 2021 U.S. DISTRICT COURT DISTRICT OF DELAWARE

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 443 ) 807-3595

Simon Tusha
1060 Hidden Moss Dr
Cockeysville MD ~~19801~~
                 21030

**DELIVERY OPTIONS** (Customer Use Only)
☑ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

Closed 6/18

TO: (PLEASE PRINT)   PHONE ( 302 ) 573-6170

Clerk of the Court
844 North King St
Wilmington DE

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 - 3 5 1 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

▶ PEEL FROM THIS CORNER

EJ 391 102 827 US

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 34135
Scheduled Delivery Date: 6/17/21
Postage: $26.35

Date Accepted: 6/16/21
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 1:15 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee:

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 26.35

Weight ___ lbs ___ ozs
☐ Flat Rate
Acceptance Employee Initials: HM

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996





UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.