

Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
TEL   302 574 7400
FAX   302 574 7401
www.eckertseamans.com

Colleen D. Shields
(302) 552-2901
cshields@eckertseamans.com

Alexandra D. Rogin
(302) 552-2935
arogin@eckertseamans.com

June 28, 2021

**VIA E-FILING & HAND DELIVERY**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9
Room 6325
Wilmington, DE 19801

  Re: *Tusha v. Pediatric Associates, P.A., et al.*
    **Case No. 1:21-cv-00494-RGA**

Dear Judge Andrews:

  On or about June 21, 2021, Plaintiffs filed motions to withdraw their pending Motion for Preliminary Injunction and Protection from Abuse Order (D.I. 5), and Motion to Compel Production of Documents (D.I. 7). (D.I. 34; D.I. 25). We respectfully write to inform the Court that Defendants do not oppose Plaintiffs' request to withdraw the pending motions.

Respectfully,

| **MORRIS JAMES LLP** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
|---|---|
| */s/ Joshua H. Meyeroff* | */s/ Colleen D. Shields* |
| Joshua H. Meyeroff, Esq. (No. 5040) | Colleen D. Shields, Esq. (No. 3038) |
| Phillip M. Casale Esq. (No. 5727) | Alexandra D. Rogin, Esq. (I.D. No. 6197) |
| 500 Delaware Ave., Suite 1500 | 222 Delaware Avenue, 7th Floor |
| P.O. Box 2306 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Telephone: (302) 574-7400 |
| Telephone: (302) 888-6800 | Fax: (302) 574-7401 |
| Fax: (302) 571-1750 | cshields@eckertseamans.com |
| jmeyeroff@morrisjames.com | arogin@eckertseamans.com |
| pcasale@morrisjames.com | *Counsel for Defendants, Ann M. Masciantonio, M.D. and Pediatric Associates, P.A* |
| *Counsel for Defendant, Ann M. Masciantonio, M.D* | |

cc: Simon Tusha (via U.S. Mail)
   J.T. c/o Simon Tusha (via U.S. Mail)