**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SIMON TUSHA, et al., | |
| Plaintiffs, | |
| v. | No. 1:21-cv-00494-RGA |
| PEDIATRIC ASSOCIATES, P.A. et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Alexandra D. Rogin, Esq., hereby certify that on this 28th day of June, 2021, I caused to be served the following documents:

1. Defendants' Reply Brief In Further Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6),(7)

2. Defendants' Letter to the Court Regarding Plaintiffs' Motion to Withdraw

upon all counsel of record via CM/ECF, and via U.S. Mail on the parties listed below:

Simon Tusha
1060 Hidden Moss Drive
Cockeysville, MD 21030
*Plaintiff*

J.T.
1060 Hidden Moss Drive
Cockeysville, MD 21030
*Plaintiff*

*/s/ Alexandra D. Rogin*
Alexandra D. Rogin (#6197)

100479997.1