IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIMON TUSHA, et al., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 21-494-RGA |
| PEDIATRIC ASSOCIATES, P.A., et al., | : | |
| Defendants. | : | |

**ORDER**

WHEREAS, on April 5, 2021, Plaintiffs filed a motion for preliminary injunction and protection from abuse order (D.I. 5) and a motion for production of documents (D.I. 7);

WHEREAS, on June 21, 2021, Plaintiff Simon Tusha filed two motions seeking to withdraw the motion for preliminary injunction and protective from abuse order and motion for production of documents (D.I. 34; D.I. 35);

WHEREAS, Defendants do no opposed the requests to withdraw (D.I. 36);

NOW THEREFORE, IT IS HEREBY ORDERED that, the motions to withdraw (D.I. 34; D.I. 35) are GRANTED, and the motion for preliminary injunction and protection from abuse order (D.I. 5) and the motion for production of documents (D.I. 7) are DISMISSED as withdrawn.

June 29, 2021  /s/ Richard G. Andrews
Date  United States District Judge