# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA, <br> J.T. <br><br> Plaintiffs, <br><br> v. <br><br> PEDIATRIC ASSOCIATES, P.A. <br> ANN M. MASCIANTONIO, M.D. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:21-cv-00494-RGA <br> ) <br> ) <br> ) <br> ) <br> ) |

## WITHDRAWAL OF APPEARANCE OF PHILLIP M. CASALE
## ON BEHALF OF DEFENDANT ANN M. MASCIANTONIO, M.D.

Phillip M. Casale hereby withdraws his appearance on behalf of Defendant Ann M. Masciantonio, M.D.

MORRIS JAMES LLP

*/s/ Phillip M. Casale*
_____
Joshua H. Meyeroff (#5040)
Phillip M. Casale (#5727)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
*jmeyeroff@morrisjames.com*
*pcasale@morrisjames.com*
Attorneys for Defendant Ann M. Masciantonio, M.D.

Dated: 2/18/2022

13463764/1

## CERTIFICATE OF SERVICE

I, Phillip M. Casale, hereby certify that on this 18th day of February, 2022, I have caused the following document to be served electronically to Eckert Seamans Cherin & Mellott, LLC and via U.S. Mail on the parties listed below:

**WITHDRAWAL OF APPEARANCE OF PHILLIP M. CASALE ON BEHALF OF DEFENDANT ANN M. MASCIANTONIO, M.D.**

U.S. Mail service to:

Simon Tusha
1060 Hidden Moss Drive
Cockeysville, MD 21030

J.T.
1060 Hidden Moss Drive
Cockeysville, MD 21030

*/s/ Phillip M. Casale*
Phillip M. Casale (#5727)

13463764/1