IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA and<br>Jade Tusha, a minor,<br>       Plaintiffs,<br><br>v.<br><br>PEDIATRIC ASSOCIATES, P.A.,<br>ANN M. MASCIANTONIO, M.D.,<br><br>       *Defendants*. | Case No. 1:21-cv-00494-RGA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that E. Calvin Harmon hereby enters his appearance on behalf of Plaintiffs Simon Tush and Jade Tusha, a minor.

Dated: April 14, 2022                                    Respectfully Submitted,

                                                                         */s/ E. Calvin Harmon, Jr.*
                                                                         E. Calvin Harmon, Jr. (No. 2598)

                                                                         2207 Concord Pike, Ste 153
                                                                         Wilmington, DE 19803
                                                                         (302) 351-4333
                                                                         (302) 658-3789 (facsimile)
                                                                         calvin.harmon@wilmingtonventures.com