IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIMON TUSHA and
J.T., a minor,
   Plaintiffs,

v.

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,

   *Defendants*.

Case No. 1:21-cv-00494-RGA

## **MOTION EXTENSION OF TIME TO AMEND COMPLAINT**

Plaintiff Simon Tusha, through his undersigned counsel, submits this request for the Court to grant more time to amend the complaint for the following reasons:

1. Plaintiff Simon Tusha did not receive the Court's Order dated March 18, 2022 until April 12, 2022.
2. Plaintiff Simon Tusha had cancer reconstructive surgery on March 11, 2022, and still recovering from this procedure due to return to John Hopkins on May 2, 2022.
3. Plaintiff hereby requests until June 15, 2022 to amend the complaint.
4. Plaintiff was unable to retain counsel until April 14, 2022.

5. Undersigned counsel has tried to contact Defendants' counsel, Alexandra Rogin, Esq. by telephone and email (including emailing her a draft of this motion). We have been unable to get Defendants' counsel's response to this Motion.

Dated: April 20, 2022

Respectfully Submitted,

 */s/ E. Calvin Harmon, Jr.*
E. Calvin Harmon, Jr. (No. 2598)
2207 Concord Pike, Ste 153
Wilmington, DE 19803
(302) 351-4333
(302) 658-3789 (facsimile)
calvin.harmon@wilmingtonventures.com