# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA, <br> J.T. <br><br> Plaintiffs, <br><br> v. <br><br> PEDIATRIC ASSOCIATES, P.A. <br> ANN M. MASCIANTONIO, M.D. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:21-cv-00494-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## WITHDRAWAL OF APPEARANCE OF JOSHUA H. MEYEROFF ON BEHALF OF DEFENDANT ANN M. MASCIANTONIO, M.D.

Joshua H. Meyeroff hereby withdraws his appearance on behalf of Defendant Ann M. Masciantonio, M.D.

MORRIS JAMES LLP

*/s/ Joshua H. Meyeroff*

Joshua H. Meyeroff (#5040)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
*jmeyeroff@morrisjames.com*
Attorneys for Defendant Ann M. Masciantonio, M.D.

Dated: 4/22/2022

13571072/1