IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA and<br>J.T., a minor,<br>   Plaintiffs,<br><br>v.<br><br>PEDIATRIC ASSOCIATES, P.A.,<br>ANN M. MASCIANTONIO, M.D.,<br><br>   *Defendants*. | Case No. 1:21-cv-00494-RGA |

## MOTION FOR SECOND EXTENSION OF TIME TO AMEND COMPLAINT

  Plaintiff Simon Tusha, through his undersigned counsel, submits this request for the Court to grant more time to amend the complaint for the following reasons:

1. Plaintiff Simon Tusha had a second cancer surgery on May 2, 2022 and was hospitalized due to complications. He had a third surgery on June 3, 2022 and has a fourth scheduled for July 13, 2022.
2. Plaintiff hereby requests until August 15, 2022 to amend the complaint.
3. Undersigned counsel has contacted Defendants' counsel. Defendants' counsel's position is that they "do not have authority to consent to the request for another extension following the Court's grant of our motion to dismiss on substantive grounds".

Dated: June 14, 2022          Respectfully Submitted,

              */s/ E. Calvin Harmon, Jr.*
              E. Calvin Harmon, Jr. (No. 2598)
              2207 Concord Pike, Ste 153
              Wilmington, DE 19803
              (302) 351-4333
              (302) 658-3789 (facsimile)
              calvin.harmon@wilmingtonventures.com