## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA, et al., | |
| Plaintiffs, | |
| v. | No. 1:21-cv-00494-RGA |
| PEDIATRIC ASSOCIATES, P.A. and ANN M. MASCIANTONIO, M.D., | |
| Defendants. | |

### [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SECOND EXTENSION OF TIME TO AMEND COMPLAINT

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff's Motion for Second Extension of Time to Amend Complaint (the "Motion"), and any response thereto, IT IS HEREBY ORDERED that the Motion is DENIED.

_____
J.

100347495.1