IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON TUSHA and Jade Tusha, a minor, Plaintiffs, v. PEDIATRIC ASSOCIATES, P.A., ANN M. MASCIANTONIO, M.D., Defendants., | Case No. 1:21-cv-00494-RGA |

## **ORDER**

Upon consideration of Plaintiff Simon Tusha's Motion for Appointment of Next Friend, it is hereby ORDERED this 28th day of September 2022, that Plaintiff's Motion is GRANTED, and that he is appointed the Next Friend of the minor Plaintiff, J.T.

/s/ Richard G. Andrews
J.