**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SIMON TUSHA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEDIATRIC ASSOCIATES, P.A. and<br>ANN M. MASCIANTONIO, M.D.,<br><br>Defendants. | No. 1:21-cv-00494-RGA |

## RULE 7.1 DISCLOSURE

Defendant, Christiana Care Health Services, Inc. d/b/a ChristianaCare Pediatric Associates (*incorrectly identified as Pediatric Associates, P.A.*) ("Defendant"), by its undersigned counsel, makes the following Corporate Disclosure Statement: Defendant is a corporation organized under the laws of the State of Delaware, which is wholly owned by Christiana Care Health System, which is not a publicly traded corporation and is organized under the laws of the State of Delaware.

**ECKERT SEAMANS CHERIN
& MELLOTT, LLC**

*/s/ Colleen D. Shields*

Colleen D. Shields, Esq. (No. 3038)
Alexandra D. Rogin, Esq. (I.D. No. 6197)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: (302) 574-7400
Fax: (302) 574-7401
cshields@eckertseamans.com
arogin@eckertseamans.com
*Counsel for Defendants*

Dated: February 2, 2023