IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



SIMON TUSHA,
J███ T█████
      Plaintiff,

v

PEDIATRIC ASSOCIATES, P.A.,
ANN M. MASCIANTONIO, M.D.,
      Defendants.

Civil No. 21-494

## MEMORANDUM IN SUPPORT OF REQUEST FOR APPOINTMENT
## OF GUARDIAN AD LITEM TO REPRESENT INTERESTS OF JADE TUSHA

Plaintiffs, Simon Tusha and J███ T█████, pro se, submit this Memorandum in support of their request for the Court to appoint guardian ad litem to represent the interests of Jade Tusha in the above referenced litigation. For the following reasons, plaintiffs make this request:

1. Plaintiff J███ T█████ is a minor child and thus cannot represent her interests adequately in this matter.

2. Plaintiff Simon Tusha, J███ T█████'s father is not a member of the Bar Association and cannot represent J███ T█████ in this matter.

3. The litigation involves complex issues of fact and law that require diligence and skill of a trained legal professional to protect J███ T█████'s interests.

The District Court has a responsibility to inquire sua sponte under Federal Rule of Civil Procedure 17(c)(2), whether a pro se litigant is incompetent to litigate his action, and is, therefore, entitled to either appointment of a guardian ad litem or other measures to protect his rights. Powell v Symons, 680 F.3d 301, 303, 307 (3rd Cir. 2012). Rule 17(c)(2) provides that "A[t]he court must appoint guardian ad litem-or issue another appropriate order-to-protect a minor or incompetent person who is unrepresented in an action." Id. Federal Rule of Civil Procedure 17(c) flows from the general duty of the court to protect the interests of minors and those who are incompetent in cases before the court. A minor whose parent is unrepresented may be represented by a guardian ad litem. Fed. R. Civ. P. 17(c)(2). Thus, it is incumbent upon this Court to appoint an guardian ad litem to protect the interests of Jade Tusha in this action.

WHEREFORE, Plaintiffs request the Court to appoint an guardian ad litem to protect the interests of Plaintiff J███ T███ in this litigation.

Respectfully submitted,

Simon Tusha, pro se
1060 Hidden Moss Drive
Cockeysville MD 21030

_[signature]_
███ T███, pro se
1060 Hidden Moss Drive
Cockeysville MD 21030